## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: Hartford COVID-19 Business           )
<u>Interruption Protection Insurance Litigation</u>   )           MDL No. 2963

### <u>AMENDED PROOF OF SERVICE</u>

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that on August 25-28, 2020, I served the

foregoing Notice of Related Actions on the following parties via email or certified mail, return

receipt requested, as indicated.  I did not serve The Hartford, Hartford Insurance Companies, or

The Hartford Insurance Group, which have been named as defendants in one or more actions but

are not existing entities.

- *11012 Holdings v. Hartford Fire Ins. Co., et al.*, No. 1:20-cv-04471 (S.D.N.Y.)

    **Via email:**
    john@talentrights.law
    John Vincent Golaszewski
    Casas Law Firm, P.C.
    1740 Broadway
    Ste 15th Floor
    New York, NY 10019
    *Attorneys for 11012 Holdings, Inc.*

- *ABC Children's Dentistry, LLC v. The Hartford Insurance Company,* No. 1:20-cv-10044 (D.N.J.)

    **Via email:**
    jmorelli@jacobslawoffice.com
    John Morelli
    Jacobs Schwalbe & Petruzelli PC
    Ten Melrose Avenue
    Suite 340
    Cherry Hill, NJ 08003
    *Attorneys for ABC Children's Dentistry, LLC*

- *Amini Brothers, LLC et al v. Cincinatti Insurance Company et al,* No. 1:20-cv-00687 (D.N.M.)

  **Via email:**
  cw@bdsfirm.com
  mcd@bdsfirm.com
  Cynthia L. Weisman
  Mark Dow
  Bauman & Dow, P.C.
  P.O. Box 30684
  Albuquerque, NM 87190
  *Attorneys for Amini Brothers, LLC, Amini Family, LLC,* and *Bella Jewelry, LLC*

  **Via email:**
  mlb@bdsfirm.com
  Mary Louise Boelcke
  Bauman Dow & Stambaugh P.C.
  7309 Indian School Rd NE
  Albuquerque, NM 87110
  *Attorneys for Amini Brothers, LLC, Amini Family, LLC,* and *Bella Jewelry, LLC*

  **Via email:**
  andy.downs@bullivant.com
  Andrew B. Downs
  Bullivant Houser Bailey P.C.
  101 Montgomery St.
  Suite 2600
  San Francisco, CA 94104
  *Attorneys for Cincinatti Insurance Company* and *Scott A. Lopez*

  **Via email:**
  jga@modrall.com
  mmuirhead@modrall.com
  Jennifer G. Anderson
  Megan Muirhead
  Modrall Sperling Roehl Harris & Sisk PA
  P.O. Box 2168
  Albuquerque, NM 87103
  *Attorneys for Cincinnati Insurance Company*

  **Via email:**
  velardo@litchfieldcavo.com
  Vincent J. Velardo
  Litchfield Cavo LLP
  420 East South Temple
  Suite 510

Salt Lake City, UT 8411
*Attorneys for Cincinnati Insurance Company*

**Via email:**
mpclemens@btblaw.com
Michael Clemens
Butt Thornton & Baehr PC
P.O. Box 3170
Albuquerque, NM 87190
*Attorneys for Scott A. Lopez*

- *Arrowhead Health & Racquet Club, LLC et al v. Twin City Fire Insurance Company,* No. 1:20-cv-08968 (D.N.J.)

    **Via email:**
    mmccrink@mkmnjlaw.com
    Matthew R. McCrink
    McCrink, Nelson & Kehler
    475 Route 73 North
    West Berlin, NJ 08091
    *Attorneys for Arrowhead Health & Racquet Club, LLC* and *Mandalap Enterprises, LLC*

- *BA LAX, LLC et al v. Hartford Fire Insurance Company et al*, No. 2:20-cv-06344 (C.D. Cal.)

    **Via email:**
    esr@callahan-law.com
    rcung@callahan-law.com
    rcollins@callahan-law.com
    Edward Susolik
    Raphael D. Cung
    Richard T. Collins
    Callahan and Blaine APLC
    3 Hutton Centre Drive 9th Floor
    Santa Ana, CA 92707
    *Attorneys for BA LAX, LLC, Candleberry Properties, L.P., Sun Beverly, LLC, Sunstone Century, LLC, SVI Airport, LLC, SVI Healdsburg, LLC, SVI LAX, LLC, SVI 6344 Arizona, LLC*

- *Baked Daily Corporation d/b/a Panificio v. The Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-11385 (D. Mass.)

    **Via email:**
    astewart@shulaw.com
    ehaber@shulaw.com

3

mblauner@shulaw.com
Adam M. Stewart
Edward F. Haber
Michelle H. Blauner
Shapiro Haber & Urmy LLP
Seaport East
Two Seaport Lane, 6ᵗʰ Flr.
Boston, MA 02210
*Attorneys for Baked Daily Corporation d/b/a Panificio*

- *Barroso, Inc. v. Twin City Fire Insurance Company et al.*, No. 1:20-cv-00632 (E.D. Va.)

  **Via email:**
  clafon@theveritaslawfirm.com
  Christopher Larry LaFon
  The Veritas Law Firm
  1225 19ᵗʰ Street NW
  Suite 320
  Washington, DC 20036
  *Attorneys for Barroso, Inc.*

  Commonwealth of Virginia
  c/o Mark R. Herring, Esq.
  Attorneys General's Office
  202 North Ninth Street
  Richmond, VA 23219

- *Cali Fresh, LLC v. The Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-00522 (M.D.N.C.)

  **Via email:**
  dan@whitfieldbryson.com
  pat@whitfieldbryson.com
  scott@whitfieldbryson.com
  Daniel Kent Bryson
  Patrick M. Wallace
  Scott C. Harris
  Whitfield Bryson & Mason, LLP
  900 West Morgan Street
  Raleigh, NC 27603
  *Attorneys for Cali Fresh, LLC*

- *Cedar Run Orthodontics, P.A. v. Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-08156 (D.N.J.)

  **Via email:**

gspizer@anapolweiss.com
rhurd@anapolweiss.com
Gregory S. Spizer
Ryan D. Hurd
Anapol Weiss
One Logan Square
130 North 18th Street
Suite 1600
Philadelphia, PA 19103
*Attorneys for Cedar Run Orthodontics, P.A.*

- *CFIT Holding Corporation v. Twin City Fire Insurance Company,* No. 1:20-cv-03453 (N.D. Ill.)

    **Via email:**
    gudell@bupdlaw.com
    ssmith@bupdlaw.com
    Glenn L. Udell
    Shelley Smith
    Brown, Udell, Pomerantz & Delrahim, Ltd.
    225 W. Illinois Street
    Suite 300
    Chicago, IL 60654
    *Attorneys for CFIT Holding Corporation*

- *Colgan v. Sentinel Insurance Company, Ltd.,* No. 4:20-cv-04780 (C.D. Cal.)

    **Via email:**
    gkornblum@kornblumlaw.com
    Guy Orville Kornblum
    Guy O. Kornblum, PLC
    1388 Sutter Street, Suite 805
    San Francisco, CA 94109
    *Attorneys for James Colgan d/b/a James Colgan Union Square and James Colgan Potrero Hill*

    **Via email:**
    mukesh@advanilaw.net
    Mukesh Advani
    Law Offices of Mukesh Advani
    111 Deerwood Road
    Ste 200
    San Ramon, CA 94583
    *Attorneys for James Colgan d/b/a James Colgan Union Square and James Colgan Potrero Hill*

**Via email:**
yoavsimchoni@quinnemanuel.com
Yoav Simchoni
Quinn Emanuel
50 California St
22 Fl
San Francisco, CA 94111
*Attorneys for James Colgan d/b/a James Colgan Union Square and James Colgan Potrero Hill*

- *Dang et al v. Hartford Lloyds Insurance Company,* No. 4:20-cv-02326 (S.D. Tx.)

  **Via email:**
  jennifer@lalawtx.com
  nejat@lalawtx.com
  Jennifer Beth LeMaster
  Nejat Abubeker Ahmed
  LeMaster Ahmed PLLC
  8777 W Rayford R
  Ste 200 PMB 303
  The Woodlands, TX 77389
  *Attorneys for Linh T. Dang and Springwoods Neurology, PA*

  **Via email:**
  mccarley@fnlawfirm.com
  mn@fnlawfirm.com
  asaucer@fnlawfirm.com
  Matthew R. McCarley
  Nabil Majed Nachawati, II
  S Ann Saucer
  Fears Nachawati
  5473 Blair Road
  Dallas, TX 75231
  *Attorneys for Linh T. Dang and Springwoods Neurology, PA*

- *Digital Age Marketing Group, Inc. v. Sentinel Insurance Company,* No. 0:20-cv-61577 (S.D. Fl.)

  **Via email:**
  bws@smithvanture.com
  Brian William Smith
  Smith & Vanture, LLP
  580 Village Blvd. Suite 200
  West Palm Beach, FL 33409

6

*Attorneys for Digital Age Marketing Group, Inc.*

**Via email:**
ljh@heilbrunnlaw.com
Lloyd Justin Heilbrunn
Law Office of Lloyd J. Heilbrunn
14255 U.S. Highway One
Suite 280
Juno Beach, FL 33408
*Attorneys for Digital Age Marketing Group, Inc.*

- *DM Restaurant Ventures I, LLC v. Twin City Fire Insurance Company, et al,* No. 2:20-cv-08627 (D.N.J.)

  **Via email:**
  jscura@scuramealey.com
  John J. Scura, III
  Scura Mealey Scura & Stack
  1599 Hamburg Turnpike
  Wayne, NJ 07470
  *Attorneys for DM Restaurant Ventures I, LLC d/b/a The Fox and Falcon*

- *EMM Group Holdings, LLC v. Hartford Fire Insurance Co.,* No. 2:20-cv-06139 (C.D. Cal.)

  **Via email:**
  rs@glaserweil.com
  asuarez@glaserweil.com
  pglaser@glaserweil.com
  sriley@glaserweil.com
  Robert Leslie Shapiro
  Alexander J. Suarez
  Patricia Glaser
  Sean Riley
  Glaser Weil LLP
  10250 Constellation Boulevard 19th Floor
  Los Angeles, CA 90067
  *Attorneys for EMM Group Holdings, LLC*

  **Via email:**
  nmh@johnstonhutchinson.com
  tjj@johnstonhutchinson.com
  Nicholas M. Hutchinson
  Thomas J. Johnston
  Johnston and Hutchinson LLP
  350 South Grand Avenue Suite 2220
  Los Angeles, CA 90071

*Attorneys for EMM Group Holdings, LLC*

**Via email:**
april@ammonslaw.com
April A. Strahan
The Ammons Law Firm LLP
3700 Montrose Boulevard
Houston, TX 77006
*Attorneys for EMM Group Holdings, LLC*

- *Firenze Ventures LLC v. Twin City Fire Insurance Company*, No. 1:20-cv-04226 (N.D. Ill.)

  **Via email:**
  courtecl@edcombs.com
  blesser@edcombs.com
  ccombs@edcombs.com
  jclark@edcombs.com
  Daniel A. Edelman
  Bryan G. Lesser
  Cathleen M. Combs
  Dulijaza Clark
  Edelman, Combs, Latturner & Goodwin, LLC
  20 South Clark Street
  Suite 1500
  Chicago, IL 60603
  *Attorneys for Firenze Ventures LLC*

  **Via email:**
  pwartan@taftlaw.com
  wwagner@taftlaw.com
  Patrick Neil Wartan
  William Charles Wagner
  Taft Stettinius & Hollister LLP
  One Indiana Square
  Suite 3500
  Indianapolis, IN 46204
  *Attorneys for Firenze Ventures LLC*

- *Founder Institute Incorporated v. Hartford Fire Insurance Company et al*, No. 3:20-cv-04466 (N.D. Cal.)

  **Via email:**
  ssingh@sanjivnsingh.com
  Professional Law Corporation
  21 Columbus Avenue

Suite 205
San Francisco, CA 94111
*Attorneys for Founder Institute Incorporated*

**Via email:**
michael@indrajana.com
Michael Budi Indrajana
Indrajana Law Group, A Professional Law Corp.
1650 S. Amphlett Blvd.
Suite 220
San Mateo, CA 94402
*Attorneys for Founder Institute Incorporated*

- *Franklin EWC, Inc. et al v. The Hartford Financial Services Group, Inc. et al*, No. 3:20-cv-04434 (N.D. Cal.)

  **Via email:**
  nnishimura@cpmlegal.com
  akirtley@cpmlegal.com
  athepot@cpmlegal.com
  bdanitz@cpmlegal.com
  jdallal@cpmlegal.com
  Nanci Eiko Nishimura
  Andrew F. Kirtley
  Anya N. Thepot
  Brian Danitz
  James Gerard Beebe Dallal
  Cotchett Pitre & McCarthy, LLP
  840 Malcolm Road, Suite 200
  Burlingame, CA 94010
  *Attorneys for Franklin EWC, Inc. and Kathy Franklin*

- *French Laundry Partners, LP d/b/a The French Laundry et al v. Hartford Fire Insurance Company et al,* No. 3:20-cv-04540 (N.D. Cal.)

  **Via email:**
  sgerien@dpf-law.com
  pcarey@dpf-law.com
  J. Scott Gerien
  Paul G. Carey
  Dickenson Peatman & Fogarty
  1455 First Street, Suite 301
  Napa, CA 94559
  *Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc. d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon Bistro*

9

**Via email:**
vperdue@mccormaclaw.com
Valorie R. Perdue
McCormac & Associates
2858 Diamond Street
San Francisco, CA 94131
*Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc.*
*d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon*
*Bistro*

**Via email:**
dmatthews@thematthewslawfirm.com
David P. Matthews
Matthews and Associates
2905 Sackett Street
Houston, TX 77098
*Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc.*
*d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon*
*Bistro*

**Via email:**
jennifer@gmhatlaw.com
john@gmhatlaw.com
Jennifer Perez
John William Houghtaling, II
Gauthier Murphy and Houghtaling
3500 North Hullen Street
Metairie, LA 70002
*Attorneys for French Laundry Partners, LP d/b/a The French Laundry, KRM, Inc.*
*d/b/a Thomas Keller Restaurant, Yountville Food Emporium, LLC d/b/a Bouchon*
*Bistro*

**Via email:**
jason.dooley@countyofnapa.org
Jason Michael Dooley
Deputy County Counsel
1195 Third Street
Suite 301
Napa, CA 94559
*Attorneys for Karen Relucio*

- *Gabriella's LLC et al v. The Hartford Insurance Group et al,* No. 3:20-cv-07799 (D.N.J.)

  **Via email:**
  mdicicco@briellelaw.com
  mdicicco@maggslawnj.com

James A. Maggs
Michael M. DiCicco
Maggs & McDermott, LLC
3349 Highway 138 Building C, Suite D
Wall, NJ 07719
*Attorneys for Gabriella's LLC, Patricia's of Holmdel, LLC, and OEK NJ LLC
d/b/a Over Easy Kitchen*

**Via email:**
sdeluca@maggslawnj.com
Stephanie L. DeLuca
Maggs & McDermott, LLC
3349 Highway 138 Building C, Suite D
Wall, NJ 07719
*Attorneys for Gabriella's LLC, Patricia's of Holmdel, LLC, OEK NJ LLC d/b/a
Over Easy Kitchen, and Over Easy LLC d/b/a Over Easy Kichen*

**Via email:**
dbloch@fbzlaw.com
David J. Bloch
Farber, Brocks & Zane, LLP
765 Oak Avenue
Westfield, NJ 07090
*Attorney for Utica First Insurance Company*

- *Good Times Barbershop et al v. The Hartford Financial Services Group, Inc. et al,* No.
  3:20-cv-01403 (S.D. Cal.)

  **Via email:**
  ambere@haelaw.com
  Amber Lee Eck
  Haeggquist & Eck, LLP
  225 Broadway, Suite 2050
  San Diego, CA 92101
  *Attorneys for Good Times Barbershop and Ravive Health and Vitality, LLC*

- *Gregory DeFelice DMD, LLC v. Hartford Financial Services Group, Inc. et al,* No. 1:20-
  cv-08158 (D.N.J.)

  **Via email:**
  gspizer@anapolweiss.com
  rhurd@anapolweiss.com
  Gregory S. Spizer
  Ryan D. Hurd
  Anapol Weiss
  One Logan Square

130 North 18th Street
Suite 1600
Philadelphia, PA 19103
*Attorneys for Gregory DeFelice DMD, LLC*

- *Hair Perfect International, Inc. v. Sentinel Insurance Company, Limited*, No. 2:20-cv-03729 (C.D. Cal.)

    **Via email:**
    nmh@johnstonhutchinson.com
    tjj@johnstonhutchinson.com
    Nicholas M. Hutchinson
    Thomas J. Johnston
    Johnston and Hutchinson LLP
    350 South Grand Avenue Suite 2220
    Los Angeles, CA 90071
    *Attorneys for Hair Perfect International, Inc.*

    **Via email:**
    jshin@kneafseyfirm.com
    kdreibholz@kneafseyfirm.com
    skneafsey@kneafseyfirm.com
    Joshua Shin
    Kurt A. Dreibholz
    Sean M. Kneafsey
    The Kneafsey Firm
    800 Wilshire Boulevard Suite 710
    Los Angeles, CA 90017
    *Attorneys for Hair Perfect International, Inc.*

    **Via email:**
    miriah@ammonslaw.com
    patrick.luff@ammonslaw.com
    Miriah A. Soliz
    Patrick A. Luff
    The Ammons Law Firm LLP
    3700 Montrose Boulevard
    Houston, TX 77006
    *Attorneys for Hair Perfect International, Inc.*

    **Via email:**
    rs@glaserweil.com
    Robert Leslie Shapiro
    The Law Offices of Robert L. Shapiro
    10250 Constellation Boulevard 19th Floor
    Los Angeles, CA 90067

12

*Attorneys for Hair Perfect International, Inc.*

- *Hais, Hais, and Golberger, P.C.*, No. 4:20-cv-00919 (E.D. Mo.)

  **Via email:**
  dsmm001@aol.com
  Alan S. Mandel
  Mandel and Mandel LLP
  1010 Market Street
  Suite 850
  St. Louis, MO 63101
  *Attorneys for Hais, Hais, and Goldberger, P.C.*

- *Hamilton Jewelry LLC v. Twin City Fire Insurance Company et al.*, No. 8:20-cv-02248 (D. Md.)

  **Via email:**
  cllafon@gmail.com
  Christopher Larry LaFon
  The Veritas Law Firm
  1225 19th Street NW
  Suite 320
  Washington, DC 20036
  *Attorneys for Hamilton Jewelry LLC d/b/a CF Brandt Jewelers & Jewelry Place By The Bay*

  State of Maryland
  c/o Brian E. Frosh, Esq.
  Attorneys General for the State of Maryland
  200 St. Paul Place
  Baltimore, MD 21202

- *Harvest Hospitalities, Inc. et al v. The Hartford Financial Services Group, Inc. et al*, No. 3:20-cv-10171 (D.N.J.)

  **Via email:**
  dms@shafkowitzlaw.com
  David M. Shafkowitz
  Law Offices of David M. Shafkowitz
  16 Sunset Avenue
  Chalfont, PA 18914
  *Attorneys for Harvest Hospitalities, Inc., Harvest 2017, Inc., Harvest 2051, Inc., and Harvest 2085, Inc.*

- *J & H Lanmark, Inc. v. Twin City Fire Insurance Company et al*, No. 5:20-cv-00333 (E.D. Ky.)

13

**Via email:**
jpeterson@goldenlawoffice.com
kcollins@goldenlawoffice.com
Justin Peterson
Kellie Marie Collins
Golden Law Office, PLLC
771 Corporate Drive
Suite 800
Lexington, KY 40503
*Attorneys for J & H Lanmark, Inc.*

**Via email:**
latasha.buckner@ky.gov
laurac.tipton@ky.gov
La Tasha Buckner
Laura Crittenden Tipton
Office of the Governor KY
General Counsel
700 Capitol Avenue
Suite 106
Frankfort, KY 40601
*Attorneys for Hon. Andy Beshear*

**Via email:**
jacob.walbourn@ky.gov
Kentucky Department of Public Advocacy - 218
500 Mero Street
218NC
Frankfort, KY 40601
*Attorneys for Hon. Andy Beshear*

Hon. Michael G. Adams
Secretary of State of the Commonwealth of Kentucky
700 Capital Avenue, Suite 152
Frankfort, KY 40601

- *J Bells LLC v. Sentinel Insurance Company Limited,* No. 3:20-cv-05820 (W.D. Wash.)

  **Via email:**
  shannon@theloydlawfirm.com
  Shannon E. Loyd
  The Loyd Law Firm PLLC
  12703 Spectrum Dr Ste 201
  San Antonio, TX 78249
  *Attorneys for J Bells LLC d/b/a Bishops Cuts and Colors*

14

**Via email:**
lance@lanceloyd.com
Lance Loyd
Lance Loyd Attorneys At Law
PO Box 77
Fox Island, WA 98333
*Attorneys for J Bells LLC d/b/a Bishops Cuts and Colors*

- *Jeffrey Dressel v. Hartford Insurance Company of the Midwest, Inc.*, No. 1:20-cv-02777 (E.D.N.Y.)

    **Via email:**
    wpinilis@consumerfraudlawyer.com
    PinilisHalpern, LLP
    160 Morris St
    Morristown, NJ 07960
    *Attorneys for Jeffrey M. Dressel, D.D.S., P.C. d/b/a South Brooklyn Dentist*

    **Via email:**
    john@talentrights.law
    John Vincent Golaszewski
    Casas Law Firm, P.C.
    1740 Broadway
    Ste 15th Floor
    New York, NY 10019
    *Attorneys for Jeffrey M. Dressel, D.D.S., P.C. d/b/a South Brooklyn Dentist*

- *John's Grill, Inc. et al v. The Hartford Financial Services Group, Inc. et al*, No. 3:20-cv-03610-RS (N.D. Cal.)

    **Via email:**
    nnishimura@cpmlegal.com
    akirtley@cpmlegal.com
    athepot@cpmlegal.com
    bdanitz@cpmlegal.com
    Nanci Eiko Nishimura
    Andrew F. Kirtley
    Anya N. Thepot
    Brian Danitz
    Cotchett Pitre & McCarthy, LLP
    840 Malcolm Road, Suite 200
    Burlingame, CA 94010
    *Attorneys for John's Grill, Inc. and John Konstin*

    Norbay Insurance Services, Inc.
    c/o Luz Elena Melgoza

1728 Noriega Street
San Francisco, CA 94122

- *Just Your Style Salon, LLC v. The Hartford Financial Services Group, Inc. et al v. The Hartford Financial Services Group, Inc et al*, No. 3:20-cv-09681 (D.N.J.)

  **Via email:**
  mdeem@rcshea.com
  Michael J. Deem
  R.C. Shea & Associates PC
  244 Main Street
  P.O. Box 2627
  Toms River, NJ 08754
  *Attorneys for Just Your Style Salon, LLC*

- *Kevin Barry Fine Art Associates v. Sentinel Insurance Company, Limited,* No. 3:20-cv-04783 (N.D. Cal.)

  **Via email:**
  aberlin@hansonbridgett.com
  sherman@hansonbridgett.com
  Alexander J. Berline
  Sean Griffin Herman
  Hanson Bridgett LLP
  425 Market Street. 26th Floor
  San Francisco, CA 94105
  *Attorneys for Kevin Barry Fine Art Associates*

- *Kole v. Hartford Financial Services Group et al,* No: 2:20-cv-03486 (E.D. Pa.)

  **Via email:**
  gspizer@anapolweiss.com
  rhurd@anapolweiss.com
  Gregory S. Spizer
  Ryan D. Hurd
  Anapol Weiss
  One Logan Square
  130 North 18th Street
  Suite 1600
  Philadelphia, PA 19103
  *Attorneys for Dr. Edward S. Kole*

- *La Issy, Inc. v. Hartford Casualty Insurance Company,* No: 8:20-cv-01878 (M.D. Fl.)

  **Via email:**
  rhaynes@ligorilaw.com
  Ronald Scott Haynes

Christopher Ligori & Associates
117 S. Willow Ave.
Tampa, FL 33606
*Attorneys for La Issy, Inc.*

**Via email:**
jim@lucasmagazine.com
James Lawrence Magazine
Lucas Magazine, PLLC
8606 Government Dr.
New Port Richey, FL 34654
*Attorneys for La Issy, Inc.*

- *Lasky Clinic Surgical Ctr., Inc. v. Sentinel Insurance Company*, No. 2:20-cv-06949 (C.D. Cal.)

**Via email:**
gbentley@bentleymore.com
mclark@bentleymore.com
Gregory L. Bentley
Matthew William Clark
Bentley and More LLP
4931 Birch Street
Newport Beach, CA 92660
*Attorneys for Lasky Clinic Surgical Center, Inc. and Andrew S. Frankel, M.D., FACS*

USI Insurance Services LLC dba USI California Insurance Services LLC
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

- *Leal, Inc. v. Hartford Financial Services Group, Inc. et al,* No. 3:20-cv-00917 (D. Conn.)

**Via email:**
mkindall@ikrlaw.com
dneedham@ikrlaw.com
Mark P. Kindall
Douglas Patrick Needham
Izard, Kindall & Raabe, LLP
29 South Main St., Suite 305
West Hartford, CT 06107
*Attorneys for Leal, Inc.*

**Via email:**

ekilpela@carlsonlynch.com
glynch@carlsonlynch.com
kiverson@carlsonlynch.com
Edwin John Kilpela, Jr.
Gary F. Lynch
Kelly Iverson
Carlson Lynch, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
*Attorneys for Leal, Inc.*

- *Mostre Exhibits, LLC v. Sentinel Insurance Company, Limited,* No. 3:20-cv-01332 (S.D. Cal.)

  **Via email:**
  cslimandri@limandri.com
  Charles S. LiMandri
  LiMandri & Jonna LLP
  PO Box 9120
  Rancho Santa Fe, CA 92067
  *Attorneys for Mostre Exhibits, LLC*

  **Via email:**
  nvance@klinedinstlaw.com
  Natalie P. Vance
  Klinedinst PC
  801 K Street
  Suite 2100
  Sacramento, CA 95814
  *Attorneys for Insurance Office of America, Inc. d/b/a IOA Insurance Services*

- *Raymond H Nahmad DDS PA RH Nahmad Equities LLC v. Hartford Casualty Insurance Company,* No. 1:20-cv-22833 (S.D. Fl.)

  **Via email:**
  danny@propertypeoplelaw.com
  Daniel Moshe Ilani
  The Property People FL PA
  45 SW 9th St
  Apt 1808
  Miami, FL 33130
  *Attorneys for Raymond H Nahmad DDS PA RH Nahmad Equities LLC*

  **Via email:**
  daniel@salomonsmith.com

Daniel Salomon Smith
Lydecker Diaz
1221 Brickell Avenue
Miami, FL 33131
*Attorneys for Raymond H Nahmad DDS PA RH Nahmad Equities LLC*

**Via email:**
nicole@propertypeoplelaw.com
Nicole Sarah Houman
117 NE 1st Ave
Unit 15-104
Miami, FL 33130
*Attorneys for Raymond H Nahmad DDS PA RH Nahmad Equities LLC*

- *Natty Greene's Brewing Company, LLC et al v. Traveler's Casualty Insurance Company of America et al,* No. 1:20-cv-00437 (M.D.N.C.)

**Via email:**
dbrown@bbflaw.com
jeff@greensborolawcenter.com
Andrew H. R. Brown
Jeffrey K. Peraldo
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Ste. 200
Greensboro, NC 27401
*Attorneys for Natty Greene's Brewing Company, LLC, Natty Greene's Downtown, LLC, EJE, Inc. d/b/a Café Pasta, Natty Greene's Creekside, LLC d/b/a KAU, Jake's Diner of Wendover, Inc. d/b/a Jake's Diner, DAAB, Inc. d/b/a Jake's Diner, Jake's of Drawbridge, Inc. d/b/a Jake's Diner, Jake's of Battleground, LLC d/b/a Jake's Diner, Rio Grande #14, Inc. d/b/a Rio Grande Mexican Kitchen, Rios, Inc. d/b/a Rio Grande Mexican Kitchen, Rio Grande Friendly, nc. d/b/a Rio Grande Mexican Kitchen*

**Via email:**
ann@jglawnc.com
Ann E. Groninger
Copeley Johnson & Groninger, PLLC
225 E. Worthington Ave., Ste. 110
Charlotte, NC 28203
*Attorneys for Natty Greene's Brewing Company, LLC, Natty Greene's Downtown, LLC, EJE, Inc. d/b/a Café Pasta, Natty Greene's Creekside, LLC d/b/a KAU, Jake's Diner of Wendover, Inc. d/b/a Jake's Diner, DAAB, Inc. d/b/a Jake's Diner, Jake's of Drawbridge, Inc. d/b/a Jake's Diner, Jake's of Battleground, LLC d/b/a Jake's Diner, Rio Grande #14, Inc. d/b/a Rio Grande Mexican Kitchen,*

*Rios, Inc. d/b/a Rio Grande Mexican Kitchen, Rio Grande Friendly, nc. d/b/a Rio Grande Mexican Kitchen*

**Via email:**
cedwards@edwardskirby.com
Catharine E. Edwards
Edwards Kirby, LLP
3201 Glenwood Avenue, Suite 100
Raleigh, NC 27612
*Attorneys for Natty Greene's Brewing Company, LLC, Natty Greene's Downtown, LLC, EJE, Inc. d/b/a Café Pasta, Natty Greene's Creekside, LLC d/b/a KAU, Jake's Diner of Wendover, Inc. d/b/a Jake's Diner, DAAB, Inc. d/b/a Jake's Diner, Jake's of Drawbridge, Inc. d/b/a Jake's Diner, Jake's of Battleground, LLC d/b/a Jake's Diner, Rio Grande #14, Inc. d/b/a Rio Grande Mexican Kitchen, Rios, Inc. d/b/a Rio Grande Mexican Kitchen, Rio Grande Friendly, nc. d/b/a Rio Grande Mexican Kitchen*

**Via email:**
gvarga@rc.com
sroman@rc.com
Gregory P. Varga
Stephani A. Roman
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
*Attorneys for Traveler's Casualty Insurance Company of America*

**Via email:**
cal.adams@wbd-us.com
jamie.dean@wbd-us.com
Reid Calwell Adams, Jr.
James A. Dean
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
*Attorneys for Traveler's Casualty Insurance Company of America*

**Via email:**
andrew.flynt@youngmoorelaw.com
matt.gray@youngmoorelaw.com
Andrew P. Flynt
Matthew J. Gray
Young Moore and Henderson, P.A.
POB 31627
Raleigh, NC 27622
*Attorneys for Frankenmuth Mutual Insurance Company*

**Via email:**
afleischer@batescarey.com
dbuishas@batescarey.com
eallen@batescarey.com
Adam H. Fleischer
David J. Buishas
Elise D. Allen
Bates & Carey LLP
191 N. Wacker Dr., Ste. 2400
Chicago, IL 60606
*Attorneys for State Automobile Mutual Insurance Company and Republic-Franklin Insurance Company*

**Via email:**
gray.wilson@nelsonmullins.com
Grover Gray Wilson
Nelson Mullins Riley & Scarborough LLP
380 Knollwood Street
Suite 580
Winston-Salem, NC 27103
*Attorneys for State Automobile Mutual Insurance Company and Republic-Franklin Insurance Company*

**Via email:**
pkshere@huffpowellbailey.com
Pankaj K. Shere
Huff Powell & Bailey, PLLC
3737 Glenwood Ave., Suite 370
Raleigh, NC 27612
*Attorneys for Republic-Franklin Insurance Company*

- *Nicholas Addiego Endodontist DMD LLC v. Hartford Financial Services Group, Inc. et al,* No. 3:20-cv-05932 (D.N.J.)

**Via email:**
gspizer@anapolweiss.com
rhurd@anapolweiss.com
Gregory S. Spizer
Ryan D. Hurd
Anapol Weiss
One Logan Square
130 North 18th Street
Suite 1600
Philadelphia, PA 19103
*Attorneys for Nicholas Addiego Endodontist DMD LLC*

- *Oaklandish, LLC v. Sentinel Insurance Company Ltd.,* No. 4:20-cv-04856 (N.D. Cal.)

  **Via email:**
  ehg@classlawgroup.com
  amz@classlawgroup.com
  amm@classlawgroup.com
  kbm@classlawgroup.com
  mls@classlawgroup.com
  Eric H. Gibbs
  Amy Marie Zeman
  Andre M. Mura
  Karen Barth Menzies
  Michael Lawrence Schrag
  Gibbs Law Group LLP
  505 14th Street, Suite 1110
  Oakland, CA 94612
  *Attorneys for Oaklandish, LLC*

  **Via email:**
  sal@classlawgroup.com
  Steven Augustine Lopez
  Girard Gibbs LLP
  505 14th Street, Suite 1110
  Oakland, CA 94612
  *Attorneys for Oaklandish, LLC*

- *Park Avenue Oral and Facial Surgery, P.C. v. The Hartford Financial Services Group et al,* No: 1:20-cv-05407 (S.D.N.Y.)

  **Via email:**
  cvandekieft@ghvlaw.com
  Christopher Matthew Van de Kieft
  Gitlin, Horn and Van De Kieft LLP
  2095 Broadway, Suite 407
  New York, NY 10023
  *Attorneys for Park Avenue Oral and Facial Surgery, P.C.*

- *Preferred Dental Center PC v. Twin City Fire Insurance Company*, No. 5:20-cv-00837 (W.D. Tx.)

  **Via email:**
  shannon@theloydlawfirm.com
  Shannon E. Loyd
  The Loyd Law Firm PLLC

12703 Spectrum Dr Ste 201
San Antonio, TX 78249
*Attorneys for Preferred Dental Center PC*

Eric Randall Franklin
3600 Wiseman Blvd.
San Antonio, TX 78251-4323

- *Rhonda Wilson et al v. The Hartford et al,* No: 2:20-cv-03384 (E.D. Pa.)

  **Via email:**
  rhwilson@philly-attorney.com
  Rhonda Hill Wilson
  Law Office of Rhonda Hill Wilson, P.C.
  1500 John F. Kennedy Blvd.
  Two Penn Center, Suite 820
  Philadelphia, PA 19102
  *Attorneys for Rhonda Hill Wilson and The Law Office of Rhonda Hill Wilson, P.C.*

  **Via email:**
  liesec@whiteandwilliams.com
  penchanskym@whiteandwilliams.com
  Christopher P. Leise
  Marc Penchansky
  White & Williams LLP
  1800 One Liberty PL
  1650 Market Street
  Philadelphia, PA 19103
  *Attorneys for USI Insurance Services, LLC*

- *Roy Johnson et al v. The Hartford Financial Services Group, Inc. et al,* No. 1:20-cv-02000 (N.D. Ga.)

  **Via email:**
  bevis@barneslawgroup.com
  meliski@barneslawgroup.com
  John Raymond Bevis
  Mark Davis Meliski
  The Barnes Law Group, LLC
  31 Atlanta Street
  Marietta, GA 30060
  *Attorneys for Roy H. Johnson, DDS and Windy Hill Dentistry, LLC*

  **Via email:**
  roy@barneslawgroup.com
  Roy E. Barnes

The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060
*Attorneys for Roy H. Johnson, DDS, Windy Hill Dentistry, LLC, and DDS P.C. D. Casey Hart*

- *Salon Dare, Inc. v. Sentinel Insurance Company, Ltd et al,* No. 3:20-cv-09616 (D.N.J.)

  **Via email:**
  Mark.gabriel@lyonspc.com
  Mark Thomas Gabriel
  Lyone & Associates PC
  76 East Main Street
  2nd Floor
  Somerville, NJ 08876
  *Attorneys for Salon Dare, Inc.*

- *Seattle Gymnastics Academy Inc v. Sentinel Insurance Company Ltd,* No. 2:20-cv-00884 (W.D. Wash.)

  **Via email:**
  carolyn.mount@millernash.com
  tristan.swanson@millernash.com
  Carolyn A. Mount
  Tristan Noel Swanson
  Miller Nash Graham & Dunn LLP (SEA)
  2801 Alaskan Way
  Ste 300 Pier 70
  Seattle, WA 98121
  *Attorneys for Seattle Gymnastics Academy Inc.*

  **Via email:**
  seth.row@millernash.com
  Seth H. Row
  Miller Nash Graham & Dunn LLP (Portland)
  111 SW 5th Ave
  3400 U.S. Bancorp Tower
  Portland, OR 97204
  *Attorneys for Seattle Gymnastics Academy Inc.*

- *Taq Willow Grove, LLC v. Twin City Fire Insurance Company et al,* No. 2:20-cv-03863 (E.D. Pa.)

  **Via email:**
  anechemia@mwm-law.com
  rwilliams@mwm-law.com

Ashley Soble Nechemia
Robert W. Williams
Mattleman, Weinroth & Miller, P.C.
401 Route 70 E, Suite 100
Cherry Hill, NJ 08034
*Attorneys for Taq Willow Grove, Inc.*


- *The Kirkland Group, Inc. v. Sentinel Insurance Group Ltd.,* No. 3:20-cv-00496 (S.D. Miss.)

    **Via email:**
    tbullock@thesandersfirm.com
    Tina M. Bullock
    Sanders Phillips Grossman Bullock, PLLC
    3060 Peachtree Road, NW, Suite 1150
    Atlanta, GA 30305
    *Attorneys for The Kirkland Group*


- *Tony Williams Dance Center LLC v. Hartford Fire Insurance Company*, No. 1:20-cv-11312 (D. Mass.)

    **Via email:**
    skarpel@zeklawfirm.com
    Samuel Karpel
    Zilberberg Einhorn Karpel, P.C.
    66 Split Rock Road
    Syosset, NY 11791
    *Attorneys for Tony Williams Dance Center LLC*


Respectfully submitted,

/s/ Sarah D. Gordon_____
Sarah D. Gordon
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8000
sgordon@steptoe.com

*Counsel for The Hartford Financial Services
Group, Inc., Hartford Fire Insurance Company,
Sentinel Insurance Company, Ltd., Hartford
Casualty Insurance Company, Hartford*

25

*Underwriters Insurance Company, Twin City Fire Insurance Company, Trumbull Insurance Company, Property & Casualty Insurance Company of Hartford, Pacific Insurance Company, Ltd., New England Insurance Company, New England Reinsurance Corporation, Hartford Insurance Company of Illinois, Hartford Accident & Indemnity Company, Hartford Insurance Company of the Midwest, Hartford Insurance Company of the Southeast, and Hartford Lloyd's Insurance Company*